**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7       IN THE UNITED STATES DISTRICT COURT
8       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9       SAN FRANCISCO DIVISION
10
11  GAMETEK, LLC.,                         No. C 12-06184 RS
12              Plaintiffs,                **STANDBY ORDER OF DISMISSAL**
        v.
13
14  GAMEVIEW STUDIOS, LLC.,
15              Defendants.
                                    /
16
17      The Court has been informed that the above-entitled action has settled.  Accordingly, the
18  Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by
19  **July 22, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear
20  on **July 25, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and
21  show cause why the case should not be dismissed.  Failure to comply with this Order may result in
22  dismissal of the case.
23      IT IS SO ORDERED.
24
25  Dated:   5/20/13
26                                         RICHARD SEEBORG
                                           UNITED STATES DISTRICT JUDGE
27
28