**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10

11 | GAMETEK, LLC.,                                    No. C 12-06184 RS

12 |              Plaintiffs,          **STANDBY ORDER OF DISMISSAL**

    |      v.

13 |

14 | GAMEVIEW STUDIOS, LLC.,

15 |              Defendants.
                                        /
16

17        The Court has been informed that the above-entitled action has settled.  Accordingly, the

18 Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

19 **July 22, 2013**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear

20 on **July 25, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and

21 show cause why the case should not be dismissed.  Failure to comply with this Order may result in

22 dismissal of the case.

23        IT IS SO ORDERED.

24

25    Dated:  5/20/13

26                                    RICHARD SEEBORG
                                      UNITED STATES DISTRICT JUDGE
27

28

                                                  No. C 12-06184  RS
                                                  STANDBY ORDER OF DISMISSAL