1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

3

4

GAMETEK, LLC,                                    | Case No. 3:12-cv-06184-RS

5

6

     Plaintiff,                              | **ORDER GRANTING STIPULATED MOTION**
                                    | **TO DISMISS**

7

     vs.

8

GAMEVIEW STUDIOS, LLC,

9

10

     Defendant.

11

12

    CAME ON THIS DAY for consideration of the Stipulated Motion for

13

Dismissal of all claims and counterclaims asserted between Plaintiff, GAMETEK,

14

LLC and Defendant, GAMEVIEW STUDIOS, LLC, in this case, and the Court

15

being of the opinion that said motion should be GRANTED, it is hereby

16

    ORDERED, ADJUDGED AND DECREED that all claims and

17

counterclaims asserted in this suit between Plaintiff, GAMETEK, LLC and

18

Defendant, GAMEVIEW STUDIOS, LLC, are hereby dismissed WITH

19

PREJUDICE.

20

    It is further ORDERED that all costs, expenses, and attorney's fees are to be

21

borne by the party that so incurred them.

22

    IT IS SO ORDERED.

23

24

DATED: __7/2/13_____        _____

25

Judge Richard Seeborg
United States District Court Judge

26

27

28

- 1 -

Case No. 3:12-cv-06184-RS